# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA CONVENIENCE AND
VAPE STORE ASSOCIATION, INC.

VERSUS

ERNEST P. LEGIER, JR.
COMMISSIONER, LOUISIANA
ALCOHOL AND TOBACCO CONTROL,
AND KEVIN RICHARD, SECRETARY
LOUISIANA DEPARTMENT OF
REVENUE

NO.  2024 CW 0237

**APRIL 2, 2024**

---

In Re:    Ernest P. Legier, Jr., Commissioner of the Louisiana
          Office of Alcohol and Tobacco Control and Richard
          Nelson, Secretary of the Department of Revenue,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 740120.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

      **STAY DENIED; WRIT GRANTED WITH ORDER.** The district court's
February 21, 2024 order denying as moot the motion for
suspensive appeal filed by defendants, Ernest P. Legier, Jr., in
his official capacity as Commissioner, Louisiana Alcohol and
Tobacco Control, and Kevin Richard, in his official capacity as
Secretary, Louisiana Department of Revenue, is reversed.  The
district court has granted a preliminary injunction "which may
restrain the execution or enforcement" of enacted laws of the
legislature of Louisiana, and "the defendant or defendants or
any person or persons affected thereby, may suspensively appeal
the order or judgment" pursuant to La. R.S. 13:4431.
Accordingly, the district court is ordered to grant defendants'
motion for suspensive appeal pursuant to La. R.S. 13:4431 on or
before April 9, 2024. See **Womack v. Louisiana Commission on
Governmental Ethics**, 193 So.2d 777 (La. 1967); See also **Manuel
v. State**, 95-2189 (La. 3/8/96), 692 So.2d 320.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

a.Sap

---
DEPUTY CLERK OF COURT
FOR THE COURT